UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 MARIO BAILEY, and
D-2 ZACHARY WALKER,

Defendants.

Case: 1:26-cr-20628
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 09-23-2026

Violations:
18 U.S.C. § 2
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1343
18 U.S.C. § 1341

# INDICTMENT

**THE GRAND JURY CHARGES:**

## GENERAL ALLEGATIONS

At all times material to this indictment:

## INTRODUCTION

1. Coyne Oil & Propane ("Coyne Oil") was a fuel company headquartered in Mount Pleasant, Michigan. Coyne Oil provided fuel, including gasoline and propane, to commercial and residential customers. Coyne Oil extended lines of credit to customers in order to purchase fuel and used Pacific Pride fueling cards, which are credit cards that can be used at multiple gas stations to purchase fuel. Coyne Oil assisted customers setting up such accounts.

2. Mario Bailey was a resident of Atlanta, Georgia.

3. Zachary Walker was a resident of Atlanta, Georgia.

4. Voyager Express, Inc. was an interstate motor carrier and logistics provider headquartered in Detroit, Michigan.

**DEFENDANTS' SCHEME**

5. In July 2025, Defendant Zachary Walker ("Walker") rented Unit 2405 at 9000 East Jefferson, Detroit, Michigan using his real name, phone number, and an altered driver's license that had his true name and picture.

6. On August 13, 2025, Defendant Mario Bailey ("Bailey") fraudulently assuming the identity of Person-1, the owner of Voyager Express, Inc., completed and submitted a credit application on behalf of Voyager Express, Inc. to Coyne Oil. Bailey submitted the application using a fake email address (voyagerexpress217@gmail.com) and without the knowledge or approval of Voyager Express, Inc.

7. Coyne Oil approved the application and issued eight fuel cards which it mailed on September 3, 2025, to Walker's recently rented apartment at 9000 East Jefferson, Unit 2405, Detroit, Michigan.

8. Walker requested the apartment complex give Bailey access to the apartment. On September 13, 2025, Bailey came to the apartment and retrieved the fraudulently obtained fuel cards.

9. From September 2025 to January 2026, the cards were used to purchase fuel in 23 different states. The fuel purchases and accrued interest amounted to a total unpaid balance on the account of $760,320.19. Coyne Oil never received payment for any of the purchases.

**Count One**
**Trafficking in an Unauthorized Access Device**
**18 U.S.C. §§ 1029(a)(2), 2**

10. On or about August 13, 2025, in the Eastern District of Michigan and elsewhere, Mario Bailey and Zachary Walker, aided and abetted by each other, knowingly and with intent to defraud, trafficked in fraudulently obtained fuel cards obtained with intent to defraud and intent to transfer them to others, and by such conduct, from on or about September 2025, and ending on or about September 2026, obtained $760,320.19 of fuel, said trafficking affecting interstate and foreign commerce, in that the cards were used to purchase fuel in multiple states, in violation of Title 18, United States Code, Section 1029(a)(2) and (c)(1)(a)(i).

**Count Two**
**Wire Fraud**
**18 U.S.C. §§ 1343, 2**

11. On or about August 13, 2025, in the Eastern District of Michigan, Mario Bailey and Zachary Walker, aided and abetted by each other, devised and intended to devise a scheme to defraud Coyne Oil, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for

the purpose of executing such scheme, caused the transmission of any writing, signal, and sound by means of a wire communication in interstate commerce, that is, communications via the internet, involving sending a fraudulent credit application from Atlanta, Georgia to Mount Pleasant, Michigan in order to obtain fuel cards, in violation of Title 18, United States Code, Section 1343.

**Count Three**
**Mail Fraud**
**18 U.S.C. §§ 1341, 2**

12. From on or about July 20, 2025, through on or about January 2026, in the Eastern District of Michigan and elsewhere, Mario Bailey and Zachary Walker, aided and abetted by each other, with the intent to defraud willfully participated in, with knowledge of its fraudulent nature the above-described scheme and artifice to defraud and obtain property by materially false and fraudulent pretenses, representations, and promises.

13. On or about September 3, 2025, in the Eastern District of Michigan, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, Mario Bailey and Zachary Walker, aided and abetted by each other, knowingly caused to be delivered by mail at the place at which it was directed to be delivered by the person whom it was addressed the following matter:

eight Pacific Pride fuel cards. All in violation of Section 1341 of Title 18 of the United States Code.

**FORFEITURE ALLEGATIONS**
**Criminal Forfeiture - 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c)**

14. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), as incorporated by 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1) and Federal Rule of Criminal Procedure 32.2.

15. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon defendant's conviction of Count Two, Wire Fraud in violation of 18 U.S.C. § 1343, the defendants, Mario Bailey and Zachary Walker, shall forfeit to the United States of America their interest in any property, real or personal, which constitutes or is derived from proceeds traceable to the scheme underlying her violation of Count Two of the Indictment.

Forfeiture also includes the imposition of a forfeiture money judgment against the defendants, in favor of the United States, in an amount no less than Seven Hundred Sixty Thousand Three Hundred Twenty Dollars and Ten Cents ($760,320.10), representing the value of property constituting or derived from

proceeds obtained by the defendant as a result of the scheme specified in Counts One through Count Three of the Indictment.

Dated: September 23, 2026

THIS IS A TRUE BILL

*S/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ **Yes** x **No**

Case: 1:26-cr-20628
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 09-23-2026

**Case Title:** USA v. Mario Bailey, et al

**County where offense occurred:** Isabella

**Check One:** X **Felony** __ **Misdemeanor** __ **Petty**

__X__Indictment/___Information --- **no** prior complaint.
_______Indictment/___Information --- based upon prior complaint []
_______Indictment/___Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________________ **Judge:** ______________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: September 23, 2026

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #: Texas 24102308

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.